# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **GREGORY GARRETT BROWN** )<br>    Petitioner )<br> )<br>v. )<br> )<br>**R.M. LAWLER, et al,** )<br>    Respondents. ) | C.A. No. 08-319Erie<br>District Judge McLaughlin<br>Magistrate Judge Baxter |

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**I    RECOMMENDATION**

It is respectfully recommended that this action be dismissed. Petitioner's pending motions should be dismissed as moot.

**II    REPORT**

Petitioner filed the instant petition on November 17, 2008. This petition is the exact duplicate of Civil Action Number 08-12E. Petitioner should not be permitted to prosecute two identical cases in this Court and so, this case should be dismissed.

For the foregoing reasons, this action should be dismissed. Petitioner's pending motions to proceed *in forma pauperis*, for appointment of counsel and for a hearing should be dismissed as moot. Although Plaintiff has appealed the orders to file an *in forma pauperis* petition in each case to the Third Circuit Court of Appeals, he continues to file motions (including the ordered *in forma pauperis* petition), requiring this dismissal at this time. In accordance with the Magistrate Judges Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Local Rule 72.1.4 B, the parties are allowed ten (10) days from the date of service to file written objections to this report. Failure to timely file objections may constitute a waiver of appellate rights. See <u>Nara v. Frank</u>, 488 F.3d 187 (3d Cir. 2007).

1

Dated: February 12, 2009

S/ Susan Paradise Baxter
SUSAN PARADISE BAXTER
Chief U.S. Magistrate Judge