# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

GREGORY GARRETT BROWN, )
            Petitioner, )
                            ) Civil Action No. 08-319 Erie
      v. )
R.M. LAWLER, et al., )
            Respondents. )

## MEMORANDUM ORDER

This habeas corpus action was received by the Clerk of Court on November 17, 2008, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [Doc. No. 12], filed on February 12, 2009, recommended that Petitioner's Petition be dismissed and that Petitioner's pending motions be dismissed as moot. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail and on Respondents. No objections were filed. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 3rd day of March, 2009;

IT IS HEREBY ORDERED that the Petitioner's Petition for Writ of Habeas Corpus is DISMISSED and Petitioner's pending motions [Doc. Nos. 3, 6, 10 and 14] are DISMISSED as moot.

The Report and Recommendation [Doc. No. 12] of Magistrate Judge Baxter, filed on February 12, 2009 is adopted as the opinion of the Court.

                                              s/ Sean J. McLaughlin
                                                 United States District Judge

cm:    All parties of record
         Susan Paradise Baxter, U.S. Magistrate Judge