IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**GREGORY GARRETT BROWN**  )
    **Petitioner**  )
                            )          **C.A. No. 08-319Erie**
**v.**                               )          **District Judge McLaughlin**
                               )          **Magistrate Judge Baxter**
**R.M. LAWLER, et al,**         )
    **Respondents.**       )

## O R D E R

       The AEDPA codified standards governing the issuance of a certificate of appealability for appellate review of a district court's disposition of a habeas petition. 28 U.S.C. § 2253 provides that "[a] certificate of appealability may issue ... only if the applicant has made a substantial showing of the denial of a constitutional right." In <u>Slack v. McDaniel</u>, 529 U.S. 473, 474 (2000), the Supreme Court stated that "[w]hen the district court denies a habeas petition on procedural grounds without reaching the prisoner's underlying constitutional claim, a [certificate of appealability] should issue when the prisoner shows, at least, that jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling."

       The instant action was dismissed as it is duplicative of Civil Action Number 08-312E. Accordingly, a certificate of appealability should be denied.

       AND NOW, this 27th day of March, 2009;

       IT IS HEREBY ORDERED that a certificate of appealability is DENIED.


                                                       s/    Sean J. McLaughlin
                                                            United States District Judge

cm:    All parties of record
        Susan Paradise Baxter, U.S. Magistrate Judge